UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____X

YAROSLAV SURIS, on behalf of himself
and all others similarly situated,

                       Plaintiff,        Case No.: 1:20-cv-03991-RRM-RER

    v.

                                              NOTICE OF VOLUNTARY DISMISSAL
SINCLAIR COMMUNICATIONS, LLC         PURSUANT TO F.R.C.P.
d/b/a 13wham.com                                § 41(a)(1)(A)(i)

                       Defendant.
_____X

Pursuant to F.R.C.P. § 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Yaroslav Suris, and his counsel, Law Offices of Mitchell S. Segal, P.C. hereby give notice that the above captioned action is voluntarily dismissed, with prejudice against the Defendant, SINCLAIR COMMUNICATIONS, LLC, without costs to any party against any other and each party shall be responsible for their own attorney fees.

Dated:  Manhasset, New York
         May 29, 2021

                                                    /s/  Mitchell Segal
                                                  _____
                                                  Mitchell Segal, Esq.
                                                  Law Offices of Mitchell Segal P.C.
                                                  Attorney for Plaintiff
                                                  1129 Northern Boulevard, Suite 404
                                                  Manhasset, NY 11030
                                                  (516) 415-0100

SO ORDERED

Dated:  6/24/2021
         Brooklyn, NY

S/Roslynn R. Mauskopf
_____
Roslynn R. Mauskopf, USDJ